# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOOMART TOKTOBAEV AND ULUKBEK DZHUMALIEV

        v.

ALPHA CONTRACTING III, LLC, KG CONSTRUCTION, ALLEGHENY POWER, WEST PENN POWER COMPANY, ALLEGHENY ENERGY, FIRST ENERGYCORPORATION, TRANZSPORTER, TIE DOWN ENGINEERING, INC., FAITH ALLIANCE CHURCH AND THE WESTERN PENNSYLVANIA DISTRICT OF THE CHRISTIAN AND MISSIONARY ALLIANCE

PETITION OF: FIRST ENERGY CORPORATION, ALLEGHENY ENERGY, INC AND WEST PENN POWER COMPANY

: No. 271 EAL 2016

: Petition for Allowance of Appeal from the Order of the Superior Court

---

HELEN ESBENSHADE, ESQUIRE, ADMINISTRATRIX AND PERSONAL REPRESENTATIVE OF THE ESTATE OF ADYLBEK MURATALIEV, DEC.

        v.

ALPHA CONTRACTING III, LLC, KG CONSTRUCTION, ALLEGHENY POWER, ALLEGHENY ENERGY, WEST PENN POWER COMPANY, FIRST ENERGY CORPORATION, TRANZSPORTER, TIE DOWN ENGINEERING, INC., FAITH ALLIANCE CHURCH, AND THE WESTERN PENNSYLVANIA DISTRICT

No. 272 EAL 2016

Petition for Allowance of Appeal from the Order of the Superior Court

OF THE CHRISTIAN MISSIONARY
ALLIANCE


PETITION OF: FIRST ENERGY CORP.,
ALLEGHENY ENERGY, INC AND WEST
PENN POWER COMPANY


### ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Baer and Justice Mundy did not participate in the consideration or decision of this matter.